DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEVEN RICHARD ESKRA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0336

_____

December 20, 2024

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


KHOUZAM, Judge.

After Steven Richard Eskra's probation was revoked, this appeal
proceeded pursuant to *Anders v. California*, 386 U.S. 738 (1967).  We
affirm the order revoking Mr. Eskra's probation and his sentence.

However, the disposition order contains a scrivener's error.
Whereas the order says that Mr. Eskra admitted to violating his

probation, he was in fact found in violation following a contested evidentiary hearing.  We remand for the trial court to correct the scrivener's error.  *See, e.g.*, *Mitchell v. State*, 190 So. 3d 1135, 1135 (Fla. 2d DCA 2016) (affirming revocation of probation in *Anders* appeal but remanding for correction of scrivener's error where revocation order "incorrectly indicates that Mr. Mitchell admitted to violating the terms of his probation, where no such admission existed").  Mr. Eskra need not be present for the correction.  *See, e.g.*, *Echavarria v. State*, 270 So. 3d 527, 528 (Fla. 2d DCA 2019) ("Mr. Echavarria need not be present for the correction of the scrivener's errors.").

Affirmed; remanded to correct scrivener's error.


MORRIS and BLACK, JJ., Concur.


————————————————


Opinion subject to revision prior to official publication.